UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD BUSINESS LENDERS, LLC,

                    Plaintiff,

       -against-

ROBERT PARDES and ELIOT PRATT,

                    Defendants.

25-cv-1039 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff is ORDERED to serve defendants by email or otherwise with a copy of this order, the complaint, and all motion papers by **7 PM EST** on **February 5, 2025**. The Court will hold a telephonic hearing on plaintiff's request for a temporary restraining order on **February 6, 2025** at **3 PM EST**. The parties shall dial (646) 453-4442 and enter conference ID: **214 181 089** followed by the pound (#) sign. By **9 AM EST** on **February 6, 2025**, plaintiff shall file on the docket and email to subramaniannysdchambers@nysd.uscourts.gov in Word format their proposed temporary restraining order.

Prior to the February 6 hearing, the parties shall discuss whether they can agree on the terms of a stand-still agreement that will preserve the status quo pending further proceedings in this case.

SO ORDERED.

Dated: February 5, 2025
      New York, New York

                                 ARUN SUBRAMANIAN
                             United States District Judge