UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD BUSINESS LENDERS, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>ROBERT PARDES and ELIOT PRATT,<br><br>        Defendants. | 25-cv-1039 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The February 6 telephonic hearing is ADJOURNED to **February 7, 2025** at **11 AM EST**. The parties shall dial (646) 453-4442 and enter conference ID: **214 181 089** followed by the pound (#) sign. Plaintiff is directed to serve a copy of this order by email or otherwise on defendants.

  SO ORDERED.

Dated: February 6, 2025
    New York, New York

                    _____
                      ARUN SUBRAMANIAN
                     United States District Judge