UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD BUSINESS LENDERS LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>ROBERT PARDES and ELIOT PRATT,<br><br>                              Defendants. | 25-cv-1039 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    In light of the proposed consent orders filed by the parties (*see* Dkts. 14, 15), plaintiff World Business Lenders' request for a temporary restraining order is DENIED as moot and the February 7, 2025 hearing is canceled.

    The Clerk of Court is directed to terminate the motion at Dkt. 3.

    SO ORDERED.

Dated: February 7, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                            United States District Judge