

McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

P 1.312.280.0111
F 1.312.280.8232

Direct Dial: 1.312.642.2282
Email: jradecki@mcdonaldhopkins.com

December 18, 2025

**VIA CM/ECF**

Judge Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *World Business Lenders, LLC v. Robert Pardes*, No. 1:25-cv-01039 (AS)
>
> Plaintiff World Business Lenders, LLC's Unopposed Motion for Alternative Service of Subpoena on Matthew Yoon

Dear Judge Subramanian,

We represent Plaintiff World Business Lenders, LLC ("WBL") in the above-referenced matter. By this letter, we hereby move this Court pursuant to Federal Rule of Civil Procedure 45(b)(1) for leave to serve third-party witness, Matthew Yoon, with a subpoena for testimony via electronic mail, with a copy sent via first-class mail to his company's principal office address and its registered agent address.

On December 8, 2025, WBL issued a subpoena for testimony to Matthew Yoon and a subpoena for testimony and production of documents to Pacific General Capital Management, LLC ("Pacific General"). Through WBL's business dealings with Pacific General, we are aware that Mr. Yoon is Pacific General's Managing Partner and regularly conducts business on Pacific General's behalf through his company e-mail address, myoon@pacificgeneral.com.[1] That same day, undersigned counsel sent Mr. Yoon an email to his company e-mail address with copies of the subpoenas directed to him and Pacific General and requested an electronic "read receipt" indicating that Mr. Yoon had opened the e-mail. A copy of that e-mail correspondence is attached to this letter as **Exhibit 1**. On December 9, 2025, undersigned counsel received a read receipt from Mr. Yoon's e-mail address. A copy of that receipt is attached to this letter as **Exhibit 2**.

---

[1] Mr. Yoon's LinkedIn profile further reflects his role with Pacific General. (Matthew Yoon, Managing Partner at Pacific General, https://www.linkedin.com/in/matthew-yoon-9763574/, last accessed December 17, 2025).

37298854.1

On December 9, 2025, WBL (through Veritext) attempted to serve both Mr. Yoon and Pacific General at Pacific General's principal business address located at 540 Madison Avenue, 18th Floor, New York, NY 10022. Per Veritext, building security advised that Pacific General does not accept legal documents. When Veritext called Pacific General's office, a Pacific General employee advised Veritext to mail all legal documents. A copy of Veritext's affidavit of nonservice on Mr. Yoon is attached to this letter as **Exhibit 3**.

On December 11, 2025, WBL served Pacific General at its registered agent address in Delaware, located at 1209 Orange Street, Wilmington, DE 19801. A copy of Veritext's affidavit of service on Pacific General is attached to this letter as **Exhibit 4**.

From December 8, 2025 to the present, undersigned counsel has attempted to effectuate in-hand personal service of Mr. Yoon. In addition to the above-referenced attempted service of Mr. Yoon at his business address, our office investigated the location of Mr. Yoon's personal residential address through Westlaw resources and asked Veritext to do the same using the tools available to it. Veritext attempted service on the best address that was located from that investigation, but Mr. Yoon did not live at the address. Thus, undersigned counsel exhausted reasonable means of effectuating in-hand personal service.

Under Rule 45, service of a subpoena "requires delivering a copy to the named person…." Fed. R. Civ. Pro 45(b)(1). "Although some courts have required service under Rule 45 by personal delivery, courts in the Second Circuit have, increasingly, authorized alternative service, as long as service is calculated to provide timely actual notice." *Gov't Emps. Ins. Co. v. Kalitenko*, No. 22-CV-3804 (ARR), 2022 WL 16798219, at *1 (E.D.N.Y. Nov. 8, 2022) (collecting cases authorizing service through various methods, including electronic mail, delivery to office or employment addresses, first class mail, and electronic mail); *accord Project Veritas v. O'Keefe,* No. 23 CIV. 4533 (CS) (AEK), 2025 WL 2237409, at *4 (S.D.N.Y. Aug. 5, 2025) (authorizing service via electronic mail, as well as certified mail, was appropriate where "there is no evidence that the email was returned as undeliverable").

In the instant circumstance, alternative service via electronic mail is warranted given that Mr. Yoon is Pacific General's Managing Partner, regularly conducts business via his Pacific General e-mail address, and appears to have received actual notice of WBL's attempt to serve him with a subpoena through that e-mail address. Further, providing an additional manner of service through first-class mail to Pacific General's New York business address and its registered agent will provide additional assurance that Mr. Yoon, Pacific General's Managing Partner, receives adequate notice of WBL's subpoena directed to him.

*    *    *    *    *

Judge Arun Subramanian
December 18, 2025
Page 3

For the foregoing reasons, WBL respectfully requests that this Court enter an order permitting it to serve Mr. Yoon via electronic mail at myoon@pacificgeneral.com, with a copy sent via first-class mail to Pacific General's principal office address and its registered agent address.

Thank you for your attention to this matter.

Respectfully submitted,

**MCDONALD HOPKINS LLC**

*/s/ Jacob D. Radecki*
Jacob D. Radecki

Attachments
Exhibit 1 – December 9, 2025 Email Correspondence to Matthew Yoon
Exhibit 2 – Matthew Yoon Read Receipt
Exhibit 3 – Affidavit of Non-service on Matthew Yoon
Exhibit 4 – Affidavit of Service on Pacific General

Cc: Stephen J. Rosenfeld, Matthew Eli Moloshok, and Stephen Lawrence Dreyfuss (via ECF)

GRANTED. WBL is permitted to serve Mr. Yoon via electronic mail at myoon@pacificgeneral.com, with a copy sent via first-class mail to Pacific General's principal office address and its registered agent address.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 54.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 19, 2025

37298854.1