UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD BUSINESS LENDERS, LLC,

                Plaintiff,

      -against-

ROBERT PARDES AND ELIOT PRATT,

                Defendants.

25-CV-1039 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The Court has received WBL's motion to seal materials filed in connection with its motion for summary judgment, Dkt. 61, and defendants' opposition to the motion to seal, Dkt. 67. The parties should promptly meet and confer to see if they can agree on what should be redacted.

      Either way, WBL shall file a renewed letter-motion to seal by **Friday, February 6, 2026**, re-attaching any documents with adjusted redactions. If the parties agree, WBL should notify the Court that the motion is unopposed. If the parties cannot agree, then WBL shall offer *specific* "compelling reasons" justifying the redaction of *each* document. *Joy v. North*, 692 F.2d 880, 893 (2d Cir. 1982).

      SO ORDERED.

Dated: February 2, 2026
      New York, New York

                        ARUN SUBRAMANIAN
                     United States District Judge