

McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

P 1.312.280.0111
F 1.312.280.8232

Direct Dial: 1.312.642.6103
Email: srosenfeld@mcdonaldhopkins.com

February 6, 2026

**VIA CM/ECF**

Judge Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *World Business Lenders, LLC v. Robert Pardes & Eliot Pratt*,
           Case No. 1:25-cv-01039-AS

           Consent Renewed Letter Motion regarding Plaintiff World Business Lenders,
           LLC's Memorandum of Law in Support of its Motion for Summary Judgment,
           Statement of Material Facts, and the corresponding Exhibits A-D

Dear Judge Subramanian,

      We represent Plaintiff World Business Lenders, LLC ("WBL") in the above-referenced matter. We submit this renewed letter motion in light of the Court's response to WBL's January 30, 2026 letter motion (ECF No. 61) and Defendant's February 2, 2026 opposition (ECF No. 67), and to advise the Court of the parties' agreement regarding WBL's Memorandum in Support of its Motion for Summary Judgment ("Memorandum") (ECF No. 65), Statement of Material Facts ("SOMF") (ECF No. 66), and Exhibits A-D to the SOMF (ECF Nos. 66-01 to 66-04).

      As directed by the Court, we conferred with Stephen Dreyfuss and Matthew Moloshok, counsel for Defendant Robert Pardes, yesterday regarding WBL's prior request to file the aforementioned materials under seal. Consistent with the Court's guidance and the governing Second Circuit authority regarding public access to summary judgment materials, WBL has agreed to file on the public docket its Memorandum of Law, SOMF, and Exhibits B and C to the SOMF without any redactions.

      The parties have additionally agreed to an alternative procedure for the deposition transcripts of Robert Pardes and WBL's corporate representative submitted as Exhibits A and D to the SOMF. WBL filed the complete deposition transcripts to comply with this Court's procedures, which provides that "[t]he parties should provide the Court with a complete electronic, text-searchable copy of any . . . deposition transcript on which the parties rely . . . ." Individual Practices in Civil Cases, Summary Judgment, Section 8(I)(v). However, the parties have agreed that the full deposition transcripts need not be filed on the public docket and instead will be submitted to the Court for review in a manner other than public filing, as the Court directs. Given that agreement,

37492692.2

WBL respectfully requests that this Court order the Clerk of Court strike from the docket the two deposition transcript exhibits, namely, Exhibit A (Pardes Deposition Transcript, ECF No. 66-01) and Exhibit D (Hamilton Deposition Transcript, ECF No. 66-04). Further, WBL has agreed to file publicly, as Exhibit A, the specific pages of the Pardes deposition that are cited or relied upon in the SOMF and Memorandum, without redactions, so that the record supporting WBL's motion is fully available to the public. To ensure accuracy and completeness in preparing those public transcript excerpts and corresponding filings, WBL respectfully requests fourteen (14) calendar days from the Court's order on this letter motion to complete and file the unredacted Memorandum, exhibits, and cited deposition excerpts on the public docket.

We appreciate the Court's consideration of this renewed request and are prepared to proceed in accordance with any further instructions the Court may provide.

Respectfully submitted,

**MCDONALD HOPKINS LLC**

*/s/ Stephen J. Rosenfeld*
Stephen J. Rosenfeld

Cc: Matthew Eli Moloshok and Stephen Lawrence Dreyfuss (via ECF and e-mail)

The parties' consent letter motion to seal, Dkt. 70, is GRANTED, so plaintiff's previous motion to seal, Dkt. 61, is DENIED as moot.

Plaintiff shall publicly file the unredacted Memorandum, exhibits, and cited deposition excerpts by **Friday, February 20, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 61 and 70. Because plaintiff will publicly file its materials, what is currently sealed should remain sealed.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 6, 2026

Baltimore  |  Chicago  |  Cleveland  |  Columbus  |  Detroit  |  West Palm Beach
mcdonaldhopkins.com

37492692.2