HL GS **Hellring Lindeman Goldstein & Siegal LLP**
COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
MICHAEL EDELSON
ROBERT S. RAYMAR Δ
STEPHEN L. DREYFUSS Δ
PATRICIA A. STAIANO
SHERYL E. KOOMER
ERIC R. PERKINS
BRUCE S. ETTERMAN Δ
MATTHEW E. MOLOSHOK Δ
DAVID N. NARCISO Δ
CORINNE B. MALONEY Δ
CHRISTY L. SAALFELD Δ
Δ NJ & NY + FL

103 EISENHOWER PARKWAY
SUITE 403
ROSELAND, NEW JERSEY 07068-1031
T: +1.973.621.9020 | F: +1.973.621.7406
www.hlgslaw.com

JONATHAN L. GOLDSTEIN Δ+
SPECIAL COUNSEL
CHARLES ORANSKY Δ
ROBERT B. ROSEN Δ
JUDAH I. ELSTEIN Δ
JOHN A. ADLER Δ
OF COUNSEL
MARGARET DEE HELLRING (RET.)

September 3, 2026

GRANTED. The final pretrial conference will now be held on Tuesday, November 24, 2026 at 11:00 AM in Courtroom 15A.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 98.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 4, 2026

By ECF

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: World Business Lenders, LLC v. Robert M. Pardes
Docket No. 1:25-cv-1039-AS

Dear Judge Subramanian:

This firm represents Robert Pardes, the sole remaining defendant in this action.

I write with regard to the Scheduling Order that Your Honor entered yesterday, which set the Final Pretrial Conference for Monday, November 23, 2026 at 11 am. Mr. Pardes has a long-standing commitment to be with his mother in Florida on her 90th birthday, which is November 22, 2026. It will be impossible for him to do so and still be certain to be able to appear in Court in New York on the morning of November 23rd.

For that reason, if the Court's schedule permits, we respectfully request that the Final Pretrial Conference be moved to the following day, November 24th. This one-day change would not necessitate any change in any of the other dates set in the Scheduling Order.

Respectfully yours,

Stephen L. Dreyfuss

SLD:sb
cc: All counsel (by ECF)