UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD BUSINESS LENDERS, LLC,

Plaintiff,

-against-

ROBERT PARDES,

Defendant.

25-cv-1039 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff has requested leave to file without sealing his motions in limine and opposition. Dkts. 105, 115. Defendant should file any objection by November 18, 2026. Plaintiff may hold off on filing a separate public version until the Court has ruled on this issue.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge