UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD BUSINESS LENDERS, LLC,

Plaintiff,

-against-

ROBERT PARDES,

Defendant.

25-cv-1039 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to a scheduling conflict, the final pretrial conference currently set for 11 am on November 24, 2026 is adjourned to **1:30 pm on November 24, 2026**.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge