UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD BUSINESS LENDERS, LLC,

Plaintiff,

-against-

ROBERT PARDES,

Defendant.

25-cv-1039 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The motions in limine, Dkts. 107 and 109, are decided in accordance with the reasons given at the pretrial conference on November 24, 2026.

The Court reserves ruling on Mr. Pardes' fourth motion in limine and will await further briefing from the parties. By 5 pm ET on November 25, 2026, Mr. Pardes should submit a letter explaining why, as a matter of law, the damages sought are deficient. WBL should file its response by 5 pm ET on November 30, 2026. In addition, WBL should submit its response regarding the alleged violation of a protective order in this case, *see* Dkt. 123, by 5 pm on December 2, 2026.

The parties shall appear for a conference at **2 pm on December 4, 2026**, to discuss any remaining issues.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 107 and 109.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge